

## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

| | |
|---|---|
| JOSEPH R. BARQUIN, JR. ) | |
| ) | |
| v. ) | Civil Action No. 2:93cv169 |
| ) | |
| THE ROMAN CATHOLIC DIOCESE OF ) | |
| BURLINGTON, VERMONT, INC., ) | |
| VERMONT CATHOLIC CHARITIES, INC., ) | |
| ST. JOSEPH'S ORPHAN ASYLUM, INC., ) | |
| and/or ITS SUCCESSORS OR ASSIGNS ) | |
| IN INTEREST, and SISTER JANE DOE ) | |

### STIPULATION AND ORDER

It is hereby agreed to by and between the parties to this action that:

1. This action may be entered as settled and dismissed with prejudice.

2. The terms of the settlement and dismissal of this case shall remain confidential in all respects and shall not be disclosed by the parties or their attorneys, directly or indirectly, to any person or entity.

3. This court shall retain jurisdiction over this case for purposes of taking action on any motions which should arise out of a violation of this order.

Dated at BRATTLEBORO Vermont this 17TH day of SEPTEMBER, 1996.

Hon. J. Garvan Murtha
Chief U.S. District Judge

O'Brien Law Offices
5 West Allen Street
Winooski, Vermont
05404

Agreed as to form and substance:

JOSEPH R. BARQUIN, JR.

By: _____  
Robert C. Widman, Esq.  
Federal Bar I.D. No. 000463308

By: _____  
Paul S. Gillies, Esq.  
Federal Bar I.D. No. 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

VERMONT CATHOLIC CHARITIES, INC.

By: _____  
John C. Gravel, Esq.  
Federal Bar I.D. No. 0003821O4

THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT, INC.

By: _____  
David L. Cleary, Esq.  
Federal Bar I.D. No. 000324410

By: _____  
William M. O'Brien  
Federal Bar I.D. No. 000447416

O'Brien Law Offices  
West Allen Street  
Winooski, Vermont  
05404